Larkin Appeal.

Argued October 4, 1963.   Before MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

reargument refused April 20, 1964; second petition for reargument refused May 22, 1964.

*Donald M. Miller,* with him *Miller, Buterbaugh and Cope,* for appellants.

*Joseph N. Mack,* with him *Ralph L. Gessler,* for appellee.

OPINION PER CURIAM, March 17, 1964:
Order affirmed.